UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILTON BAYTOPS,

        Plaintiff,

v.

STEVE SLOMINSKI, *et al*.,

        Defendants.
_____/

Case No. 4:20-cv-11630
District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

## ORDER STRIKING DISCOVERY MATERIAL (ECF No. 70), INSTRUCTING PLAINTIFF AND ESTABLISHING SERVICE DATE OF DISCOVERY REQUESTS

The Clerk of the Court has received and docketed what appear to be document requests from Plaintiff to Defendants (ECF No. 70). This is discovery material that is not to be filed with the Court except in connection with a pending motion, during trial, attached to a Court order or by stipulation or court order for appeal, pursuant to Local Rules 5(d)(1) and 26.2. E.D. Mich. LR 5(d)(1) and 26.2. Accordingly, it is **HEREBY STRICKEN** from the record. Plaintiff is encouraged to read the local rules just cited and is instructed to refrain from filing discovery materials or copying the Court on discovery requests or correspondence to Defendants, except as provided under Rule 26.2. Filing of such materials only slows down progress on his case, as it forces the Court to review unnecessary

material in the docket. <u>Defendants should treat the material in question as requests to produce under Fed. R. Civ. P. 34 and should use the filing date, August 19, 2022, as the date of service</u>, as it is unclear from the certificate of service exactly where Plaintiff sent these requests by mail, but clear to the Court that Defendants had in fact been served electronically once they made it onto the docket.

**IT IS SO ORDERED.**

Dated:  August 22, 2022

                                                             _____
                                                             Anthony P. Patti
                                                             UNITED STATES MAGISTRATE JUDGE