UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILTON BAYTOPS,

    Plaintiff,

v.

                        Case No. 20-cv-11630
                        Hon. Matthew F. Leitman

STEVE SLOMINSKI, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Orders entered on this day, on August 5, 2020, on July 8, 2021, on December 14, 2021, and on February 8, 2022,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                         By:    s/Holly A. Ryan
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 1, 2023
Detroit, Michigan